# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Collins, Daniel P. | **2. Court or Organization**<br><br>Bankruptcy Court Arizona | **3. Date of Report**<br><br>04/05/2013 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | **5a. Report Type (check appropriate type)**<br>☐ Nomination  Date<br>☑ Initial  ☐ Annual  ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2012<br>to<br>02/28/2013 |
| **7. Chambers or Office Address**<br><br>230 N. 1st Avenue, Suite 601<br>Phoenix, Arizona 85003 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman of the Board | Foundation for Senior Living |
| 2. | Trustee | Alfred E. Naucke Charitable Remainder Unitrust |
| 3. | Vice-President | Collins, May, Potenza, Baran & Gillespie, P.C. |
| 4. | Bankruptcy Trustee | Irish Pub -Arrowead, LLC and Irish Pub-Arrowead Land, LLC |
| 5. | Bankruptcy Trustee | Southwest Supermarkets, LLC, et al. |
| 6. | Chapter 11 Plan Agent | David Jason Miller |
| 7. | Chapter 11 Disbursing Agent | The Villas At Ocotillo, LLC |
| 8. | Board Member | University of Arizona Law School Board of Visitors |
| 9. | Chair | St. Theresa Catholic School Capital Campaign |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | 2012 | Collins, May, Potenza, Baran & Gillespie, P.C. Retirement Plan |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 04/05/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Collins, May, Potenza, Baran & Gillepsie, P.C. -- wages and bonuses from law practice | $459,823.00 |
| 2. 2012 | Collins, May, Potenza, Baran & Gillepsie, P.C. -- wages and bonuses from law practice | $546,004.71 |
| 3. 2013 | May, Potenza, Baran & Gillespie, P.C. -- wages from law practice | $3,541.67 |
| 4. 2013 | May, Potenza, Baran & Gillespie, P.C. -- stock and equipment buyout | $5,800.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Mountain View Family Physicians, PLLC --- K-1 income from mediacal practice |
| 2. 2012 | Mountain View Family Physicians, PLLC --- K-1 income from medical practice |
| 3. 2013 | Mountain View Family Physicians, PLLC --- K-1 income from medical practice |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Exempt | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Collins, Daniel P.** | 04/05/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[ ] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. Gonzaga University | College tuition | K |
| 3. University of Southern California | College tuition | K |
| 4. Xavier College Preparatory | High School tuition | K |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 04/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mountain View Family Physicians, PLLC-- Medical practice | | None | J | W | | | | | |
| 2. Collins, May, Potenza, Baran & Gillespie, P.C.--Law Firm | D | Distribution | | | | | | | |
| 3. 401K #1 | F | Int./Div. | O | T | | | | | |
| 4. -- Openheimer Funds-Cash Reserves | | | | | | | | | |
| 5. -- Openheimer Funds -Value Fund | | | | | | | | | |
| 6. -- Openheimer Funds-Rising Dividends Fund | | | | | | | | | |
| 7. -- Openheimer Funds-Discovery Fund | | | | | | | | | |
| 8. -- Openheimer Funds-Small and MidCap Value Fund | | | | | | | | | |
| 9. -- Openheimer Funds-International Diversified Fund | | | | | | | | | |
| 10. -- Openheimer Funds-Global Strategic Income Fund | | | | | | | | | |
| 11. 401K #2 | C | Int./Div. | M | T | | | | | |
| 12. -- Schwab Investor Money Fund | | | | | | | | | |
| 13. -- Income and Growth ETF Fund 35 | | | | | | | | | |
| 14. Allianz--Bonus Dex Annuity | A | Int./Div. | K | T | | | | | |
| 15. Allianz--Accumulator Bonus Maxx Annuity | A | Int./Div. | K | T | | | | | |
| 16. IRA #1 | C | Int./Div. | L | T | | | | | |
| 17. -- RBC Dain Rauscher Cash and Money Market Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Wells Fargo Utilities Fund | | | | | | | | | |
| 19. -- Templeton Global Bond Fund | | | | | | | | | |
| 20. -- Fidelity Advisors New Insights C Fund | | | | | | | | | |
| 21. -- Ivy Asset Strategy Fund | | | | | | | | | |
| 22. IRA #2 | A | Int./Div. | J | T | | | | | |
| 23. -- Fidelity Advisors New Insights C Fund | | | | | | | | | |
| 24. -- Templeton Select Shares Money Market Fund | | | | | | | | | |
| 25. IRA #3 (SEP IRA) | C | Int./Div. | L | T | | | | | |
| 26. -- Franklin Income Class C Fund | | | | | | | | | |
| 27. --Jennison Natural Resources Fund | | | | | | | | | |
| 28. IRA # 4 | C | Int./Div. | M | T | | | | | |
| 29. -- Vanguard -WellingtonAdmiral Fund | | | | | | | | | |
| 30. -- Vanguard -Windsor II Admiral Fund | | | | | | | | | |
| 31. IRA #5 | C | Int./Div. | M | T | | | | | |
| 32. -- Vanguard-WellingtonAdmiral Fund | | | | | | | | | |
| 33. -- Vanguard -Windsor II Admiral Fund | | | | | | | | | |
| 34. Aviva--Retirement Annuity | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 04/05/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JP Morgan Chase Bank--savings and checking accounts | A | Interest | L | T | | | | | |
| 36. CGM Focus Fund | A | Distribution | | | | | | | |
| 37. JP Morgan Chase Bank--Common Stock | A | Distribution | | | | | | | |
| 38. Janus Fund | D | Int./Div. | N | T | | | | | |
| 39. UBS Financial-American Funds Inv Co and Fidelity Adv Gro Op | C | Distribution | | | | | | | |
| 40. JP Morgan Chase Bank-Savings and Checking accounts | A | Interest | N | T | | | | | |
| 41. Fidelity-Unique 2012 Fund | A | Int./Div. | L | T | | | | | |
| 42. Vanguard-500 Index Fund | A | Int./Div. | K | T | | | | | |
| 43. American Funds | B | Int./Div. | M | T | | | | | |
| 44. -- Growth Fund of America 529C | | | | | | | | | |
| 45. --Washington Mutual Investors Fund 529C | | | | | | | | | |
| 46. --Income Fund of America 529C | | | | | | | | | |
| 47. --American Balanced Fund 529C | | | | | | | | | |
| 48. --Intermediate Bond Fund of America 529C | | | | | | | | | |
| 49. Merrill Lynch-MILM Equity Portfolio S Fund | A | Int./Div. | K | T | | | | | |
| 50. Franklin Templeton-Aged Based Growth Asset Allocation 13-16 | A | Int./Div. | | | | | | | |
| 51. Alfred E. Naucke Charitable Reainder Unitrust | | Int./Div. | | | | | | | Resigned Trustee Position |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 04/05/2013 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Collins, Daniel P.** | 04/05/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For many years I was the trustee of the Alfred E. Naucke Charitable Remiander Unitrust. I resigned as trustee in 2012. I do not have information which would describe the assets which were owned by that Unitrust as of the date of this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel P. Collins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544